UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARVIN L. BALL, JR., and COREY BALL, in his personal capacity and as Caretaker of MARVIN L. BALL,<br><br>Plaintiffs,<br><br>v.<br><br>KOOTENAI COUNTY; KOOTENAI COUNTY<br>SHERIFF'S OFFICE; CITY OF POST FALLS;<br>CORRECTIONAL HEALTHCARE COMPANIES, INC., a Colorado corporation; CORRECTIONAL HEALTHCARE<br>MANAGEMENT, a Delaware corporation; SCOT HAUG, Chief of the City of Post Falls Police Department; JASON DeWITT; ALANNA<br>VESSER; and DOES I-X, each in their personal and representative capacities,<br><br>Defendants. | Case No.: 2:14-cv-246-EJL-CWD<br><br>**ORDER RE: STIPULATION RE: AUTHENTICATION AND FOUNDATION OF MEDICAL AND OTHER RECORDS** |

Having reviewed the parties Stipulation Re: Authentication and Foundation of Medical and Other Records (Dkt. 105), and finding good cause therefor, the Court will APPROVE the stipulation.

**ORDER RE: STIPULATION RE: AUTHENTICATION AND FOUNDATION OF MEDICAL AND OTHER RECORDS - 1**

**IT IS HEREBY ORDERED** that the medical and other records identified in the parties' Stipulation will be accepted by the Court in lieu of live testimony for purposes of establishing the authenticity of said records and providing foundation for the business records exception to the hearsay rule under the Federal Rules of Evidence. The stipulation, however, will not preclude the parties from seeking admission of additional medical records at trial.

Dated: **July 18, 2016**

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER RE: STIPULATION RE: AUTHENTICATION AND FOUNDATION OF MEDICAL AND OTHER RECORDS - 2**